UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOUGLAS HOWLAND, ET AL.

VERSUS

ROLANDO FERNANDEZ, ET AL.

CIVIL ACTION

NO. 15-780-JJB-RLB

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated June 2, 2016 (doc. no. 12). No objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion (doc. 10) to remand is hereby GRANTED and this case shall be remanded to the 20th JDC, East Feliciana Parish, Louisiana.

Baton Rouge, Louisiana, this 7th day of July, 2016.

JAMES J. BRADY, DISTRICT JUDGE